# SAMPLE NOTICE OF MANUAL FILING

The Notice of Manual Filing should be E-filed using the event for the item you are filing in paper. Do not use the "Notice (Other)" event.  For example, if you are filing exhibits manually, use the "Exhibit" event and attach the PDF of the Notice of Manual Filing. Mail the exhibits along with copies of the Notice of Electronic Filing and the Notice of Manual filing to the Clerk's Office.

| | | |
|---|---|---|
| Plaintiff **[insert name here]** | ) | Case No. **[Insert case number and initials of presiding Judge here]** |
| v. | ) | |
| Defendant **[insert name here]** | ) | **Notice of Manual Filing** |

      Please take notice that **[insert Name of Party]** has manually filed the **[insert Title of Document or Thing]**.

This document (or thing) **[please note which option applies and delete the other option]** has not been filed electronically because: **[mark all that apply]**

[ ]   the document (or thing) cannot be converted to an electronic format
[ ]   the electronic file size of the document exceeds 5 MB
[ ]   Plaintiff/Defendant is excused from electronically filing this document (or thing) by court order.

The document (or thing) **[delete document or thing depending on which does not apply to this filing]** has been manually served on all parties.

                                           Respectfully submitted,

                                           **/s/ [Name of Password Registrant]**
Name of Password Registrant [attorney's federal bar number]
Address
City, State, Zip Code
Phone: (xxx) xxx-xxxx
Fax: (xxx) xxx-xxxx
E-mail: xxx@xxx.xxx