UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NEELU PAL, *Plaintiff* | : | |
| v. | : | 3:20-CV-13 (SFR) |
| MARK CANEPARI, *ET AL.*, *Defendants*. | : | |

**PROPOSED GENERAL VOIR DIRE QUESTIONNAIRE**

**Please give the following information:**

1. Please state your juror number.
2. How old are you?
3. What is your city or town of residence?
4. Are you currently employed?
    a. If yes, who is your employer? How long have you worked there? What is your position?
    b. If no, where did you previously work? How long did you work at that job? What was your position? How did your employment end?
5. Are you currently married? If you are married, what is your spouse's current job? If your spouse is unemployed or retired, how was he or she employed most recently?
6. Do you have children? If so, how many? How are your children employed?
7. What is your highest level of education?

8. Have you ever served in the military? If yes, when and which branch of the armed forces?

9. Have you or anyone close to you ever worked as a lawyer, judge, or court officer or attended law school?

10. Have you or anyone close to you ever been a plaintiff, defendant, or witness in a civil or criminal lawsuit? If yes, describe the nature of the lawsuit.

11. Have you ever sat as a juror in a civil or criminal case before? If yes: please give (a) the court (federal or state); (b) the type of jury service (civil, criminal, or grand jury service); and (c) whether you reached a verdict.

12. Are you or is any member of your immediate family employed in law enforcement? If yes, please identify the person by relation (i.e. child) and the agency or department where you or your relative works.

13. Is there any legal reason why you cannot serve on a jury, such as a conviction for a crime? [Answer this question yes or no. If you answer yes, we will speak to you about this individually.]

14. Do you have any language issues that would make it hard for you to follow testimony in court or otherwise serve as a juror?

15. Do you have any physical or medical problems that would make it difficult for you to sit as a juror, such as a hearing or visual impairment?