UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NEELU PAL, *Plaintiff* | : | |
| v. | : | 3:20-CV-13 (SFR) |
| MARK CANEPARI, *ET AL.*, *Defendants*. | : | |

**PROPOSED VERDICT FORM**

# LIABILITY

## I. SECTION 1983 EXCESSIVE FORCE

1. Has Ms. Pal proven by a preponderance of the evidence that any or all of the following Defendants violated her Fourth Amendment right to be free from the use of excessive force? Please indicate your answer for each Defendant.

   a. Mark Canepari Yes_______________ No_______________

   b. Brandon Harris Yes_______________ No_______________

   *If you answered "Yes" as to Mark Canepari or Brandon Harris, proceed to Questions 2, and 3. If you answered "No" as to Mark Canepari and Brandon Harris, proceed directly to section II below.*

2. Has Ms. Pal has proven by a preponderance of the evidence that Arnault Baker failed to intervene to prevent Ms. Pal from being subjected to excessive force in violation of the Fourth Amendment?

   a. Arnault Baker Yes_______________ No_______________

## II. ASSAULT AND BATTERY: POLICE OFFICERS

1. Has Ms. Pal proven by a preponderance of the evidence that any or all of the following Defendants is liable for assault? Please indicate your answer for each Defendant.

   a. Mark Canepari Yes_______________ No_______________

   b. Brandon Harris Yes_______________ No_______________

2. Has Ms. Pal proven by a preponderance of the evidence that any or all of the following Defendants is liable for battery? Please indicate your answer for each Defendant.

   a. Mark Canepari Yes_______________ No_______________

   b. Brandon Harris Yes_______________ No_______________

   *If you answered "Yes," to any of these questions, proceed to Question 3. If you answered "No," proceed to Section III below.*

3. Has Ms. Pal proven by a preponderance of the evidence that Arnault Baker failed to intervene to prevent the assault and/or battery?

Yes________________ No________________

## III. SEXUAL ASSAULT AND BATTERY: AMBULANCE DEFENDANTS

1. Has Ms. Pal proven by a preponderance of the evidence that any or all of the following Defendants is liable for assault? Please indicate your answer for each Defendant.

   a. Joseph Bryson Yes________________ No________________

   b. Harry Downs Yes________________ No________________

   c. Drew Kennedy Yes________________ No________________

2. Has Ms. Pal proven by a preponderance of the evidence that any or all of the following Defendants is liable for battery? Please indicate your answer for each Defendant.

   a. Joseph Bryson Yes________________ No________________

   b. Harry Downs Yes________________ No________________

   c. Drew Kennedy Yes________________ No________________

## IV. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS: POLICE OFFICERS

1. Has Ms. Pal proven by a preponderance of the evidence that any or all of the following Defendants is liable for intentional infliction of emotional distress? Please indicate your answer for each Defendant.

   a. Arnault Baker Yes________________ No________________

   b. Mark Canepari Yes________________ No________________

   c. Brandon Harris Yes________________ No________________

## V. NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS: POLICE OFFICERS

1. Has Ms. Pal proven by a preponderance of the evidence that any or all of the following Defendants is liable for negligent infliction of emotional distress? Please indicate your answer for each Defendant.

a. Arnault Baker Yes_______________ No_______________

b. Mark Canepari Yes_______________ No_______________

c. Brandon Harris Yes_______________ No_______________

## VI. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS: AMBULANCE DEFENDANTS

1. Has Ms. Pal proven by a preponderance of the evidence that any or all of the following Defendants is liable for intentional infliction of emotional distress? Please indicate your answer for each Defendant.

a. Joseph Bryson Yes_______________ No_______________

b. Harry Downs Yes_______________ No_______________

c. Drew Kennedy Yes_______________ No_______________

## VII. NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS: AMBULANCE DEFENDANTS

1. Has Ms. Pal proven by a preponderance of the evidence that any or all of the following Defendants is liable for negligent infliction of emotional distress? Please indicate your answer for each Defendant.

a. Joseph Bryson Yes_______________ No_______________

b. Harry Downs Yes_______________ No_______________

c. Drew Kennedy Yes_______________ No_______________

## VIII. LIBEL: MARK CANEPARI

1. Do you find that Ms. Pal has proven by a preponderance of the evidence that Mark Canepari committed the civil tort of libel?

Yes________________ No________________

*If you answered "Yes," proceed to Question 2. If you answered "No", proceed to Section IX below.*

2. Do you find that Mark Canepari has proven by a preponderance of the evidence that the complained-of statement was made in good faith in the discharge of a public duty?

Yes________________ No________________

## IX. SLANDER, LIBEL, AND LIBEL PER SE: AMBULANCE DEFENDANTS

1. Do you find that Ms. Pal has proven by a preponderance of the evidence that Joseph Bryson committed the civil tort of libel?

Yes________________ No________________

2. Do you find that Ms. Pal has proven by a preponderance of the evidence that Harry Downs committed the civil tort of libel?

Yes________________ No________________

*If you answered "Yes," proceed to Question 3. If you answered "No," proceed to Question 7 below.*

3. Do you find that Ms. Pal has proven by a preponderance of the evidence any or all of the following Defendants committed the civil tort of slander? Please indicate your answer for each Defendant.

a. Joseph Bryson Yes________________ No________________

b. Harry Downs Yes________________ No________________

c. Drew Kennedy Yes________________ No________________

## X. NEGLIGENCE BY TOWN OF WILTON

4. Do you find that Ms. Pal has proven by a preponderance of the evidence that the Town of Wilton is liable for negligence based on the negligent actions or inactions of any or all of the following Defendants?

a. Arnault Baker Yes________________ No________________

b. Mark Canepari Yes________________ No________________

c. Brandon Harris Yes________________ No________________

## XI. GOVERNMENTAL IMMUNITY

*Please answer the following questions only if you found that Ms. Pal has proven her claim of negligent infliction of emotional distress as to Arnault Baker, Mark Canepari, Brandon Harris, or if you found that that Ms. Pal has proven by a preponderance of the evidence that the Town of Wilton is liable for negligence.*

1. Has Ms. Pal proven by a preponderance of the evidence that the "identifiable person, imminent harm" exception to governmental immunity applies as to Arnault Baker, Mark Canepari, and/or Brandon Harris, so as to defeat Defendants' governmental immunity defense?

a. Arnault Baker Yes_____________ No________________

b. Mark Canepari Yes_____________ No________________

c. Brandon Harris Yes______________ No________________

## XII. VICARIOUS LIABILITY

*Please answer the following questions only if you find that Ms. Pal has proven her claims of negligent infliction of emotional distress as to Joseph Bryson, James Drew Kennedy, or Harry Downs.*

**Wilton Volunteer Ambulance Corp.**

1. Has Ms. Pal proven by a preponderance of the evidence that Wilton Volunteer Ambulance Corp. is vicariously liable for any negligent actions or inactions of any or all of the following Defendants?

a. Joseph Bryson Yes________________ No________________

b. Drew Kennedy Yes________________No________________

**Norwalk Hospital**

2. Has Ms. Pal proven by a preponderance of the evidence that Norwalk Hospital is vicariously liable for any negligent actions or inactions of Harry Downs?

*Please proceed to the section labeled DAMAGES.*

## DAMAGES

***Complete this section only if you found that Ms. Pal has proven that any defendant is liable on any of Ms. Pal's claims. You should not complete this section if you have found that all defendants are not liable on all claims.***

**Compensatory Damages as to actions in connection with handcuffing:**

1. What amount of compensatory damages do you find that Ms. Pal has proven by a preponderance of the evidence to have been caused by the actions of Arnault Baker, Mark Canepari, and/or Brandon Harris in connection with Ms. Pal's claims relating to handcuffing?

Economic Damages: $______________________________

Non-Economic Damages: $______________________________

**Compensatory Damages as to actions in ambulance:**

2. What amount of compensatory damages do you find that Ms. Pal has proven by a preponderance of the evidence to have been caused by the actions of Joseph Bryson, James Drew Kennedy, and/or Harry Downs in connection with Ms. Pal's claims relating to sexual assault?

Economic Damages: $______________________________

Non-Economic Damages: $______________________________

**Compensatory Damages as to statements:**

3. What amount of compensatory damages do you find that Ms. Pal has proven by a preponderance of the evidence to have been caused by the actions of Mark Canepari, Joseph Bryson, James Drew Kennedy, and/or Harry Downs with respect to Ms. Pal's claims relating to libel and slander?

Economic Damages: $______________________________

Non-Economic Damages: $______________________________

**Nominal Damages:**

4. If you determined that Ms. Pal is entitled to damages for her claim of excessive force in violation of the Fourth Amendment but you did not award Ms. Pal compensatory damages, you MUST award $1 in nominal damages.

$______________________________

**Punitive Damages:**

5. If you determined that Ms. Pal is entitled to punitive damages, what amount of punitive damages do you find that Defendants should pay as a result of the **excessive force** in violation of Ms. Pal's Fourth Amendment rights?

   a. Arnault Baker: $___________

   b. Mark Canepari: $___________

   c. Brandon Harris: $___________

6. If you awarded Ms. Pal either compensatory, has Ms. Pal established by a preponderance of the evidence that Defendants should pay **punitive damages** as a result of her **assault, battery, intentional infliction of emotional distress, and defamation claims** in violation of Connecticut law?

   Yes_______________ No_______________

   *If you answered "Yes," do not set an amount. The Court will establish the amount.*

**Affirmative Defense: Comparative Negligence.**

7. In considering Ms. Pal's injuries for negligent infliction of emotional distress and for negligence, do you find that defendants have proven that that some or all of Ms. Pal's injuries were caused by her own negligence?

   Yes_______________ No_______________

   *If you answered "Yes," please proceed to Question 5. If you answered "No," please sign and date this verdict form.*

8. Considering all parties—including Ms. Pal—whose negligence you have found to be a proximate cause of Ms. Pal's injuries, please state the percentage of negligence attributable to each party. If a defendant is not liable, you should list 0 next to that defendant's name. **<u>The percentage must total one hundred percent.</u>**

   a. Neelu Pal: ___________%

   b. Arnault Baker: ___________%

c. Joseph Bryson: ___________%

d. Mark Canepari: ___________%

e. Harry Downs: ___________%

f. Brandon Harris: ___________%

g. James Drew Kennedy: ___________%

h. Town of Wilton: ___________%

Total: 100 %

**YOUR ANSWERS MUST BE UNANIMOUS**

*Please double check your answers above and then have your Foreperson sign and date the verdict form. You should notify the marshal that you have reached a verdict. Your completed Verdict Form will then be returned to the Court.*

______________________________ ___________________

Foreperson Date

**[QUALIFIED IMMUNITY SPECIAL INTERROGATORY – TO BE ADDED]**